THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF 10454 Menlo Oaks Court, Elk Grove, CA | CASE NO. 2:13-SW-0443-KJN [~~PROPOSED~~] ORDER |
|---|---|

IT IS HEREBY ORDERED that the government's motion to unseal the Search Warrant and this case is GRANTED.

**IT IS SO ORDERED** this 4th day of June, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE